564

438 A.2d 635

Cardinale v. Cardinale, Appellant.

Argued May 28, 1981.  John H. Broujos, for appellant;  Arthur Goldberg, for appellee.

Before WICKERSHAM, McEWEN and WIEAND, JJ.

The order of the Cumberland County Court of Common Pleas awarding custody to the father is affirmed.

438 A.2d 635

Commonwealth v. Bell, Appellant.

Petition for Allowance of Appeal Denied Dec. 21, 1981.

Argued June 11, 1980. Daniel M. Preminger, for appellant;  Kenneth S. Gallant, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Judgment of sentence affirmed.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania is sitting by designation.